NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CAROL ANN VASKO,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

_____

2014-5014

_____

Appeal from the United States Court of Federal Claims in No. 1:12-cv-00370-MBH, Judge Marian Blank Horn.

_____

**ON MOTION**

_____

**O R D E R**

The United States moves without opposition for an extension of time to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                  VASKO v. US

   The motion is granted to the extent that the brief due date for the United States' brief is suspended, pending disposition of the appellant's motion to withdraw her previous brief and to substitute another brief.

                                       FOR THE COURT

                                       /s/ Daniel E. O'Toole
                                       Daniel E. O'Toole
                                       Clerk of Court


s27